# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BRIANA MACK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 5:18-cv-00316-HNJ |
| | ) |
| **DIVERSICARE LEASING CORP. and** | ) |
| **DIVERSICARE HEALTHCARE** | ) |
| **SERVICES, INC.** | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR STIPULATED JUDGMENT APPROVING SETTLEMENT AND FILING THE SETTLEMENT AGREEMENT UNDER SEAL

COME NOW the Parties, Plaintiff Briana Mack ("Plaintiff") and Defendants Diversicare Leasing Corp. and Diversicare Healthcare Services, Inc. ("Defendants"), and respectfully request that the Court enter a joint stipulation of judgment approving the Parties' settlement. The Parties further request that the Court grant their request to file the settlement agreement under seal. In support of this motion, Parties state as follows:

1. This lawsuit was filed by Plaintiff under the Fair Labor Standards Act ("FLSA"). Under the FLSA, any settlement between the parties must be approved by the Court (or the Department of Labor) as being fair and consistent with the purposes of the Act.

2. The Parties have entered into an agreement representing a fair and reasonable compromise of disputed claims.

3. Counsel for Parties have conferred with their respective clients and have agreed to jointly file this motion, requesting leave to file their supporting settlement agreement under seal. Pursuant to this Court's Order and the Court's Administrative Procedures Manual, the Parties have simultaneously submitted to the Court clerk a paper copy of this motion as well as the settlement agreement.

4. Neither party will be prejudiced by granting this motion to file under seal in any way.

5. Neither party will be prejudiced by the Court entering a stipulated judgment not disclosing the terms of the settlement.

6. Granting the motion to file under seal and entering a stipulated judgment not disclosing the terms of the settlement is fair and reasonable.

7. Consistent with the decision in *Lynn's Foods,* the parties are still presenting the district court with a proposed settlement, and the district court enters a stipulated judgment approving the fairness of the settlement. *Lynn's Food Stores, Inc.*, 679 F.2d at 1353; *see also D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108, 113 n.8 (1946) (discussing propriety of allowing settlement of FLSA claims where district court has reviewed terms of settlement agreement).

8. The limited nature of certain settlement provisions and mutuality ensure that the settlement is not benefitting the employer alone at the employee's expense.

9. The record already contains enough information by which the public can ascertain the strength of Plaintiff's claim. The public's interest in assuring the employee's wages are fair is adequately protected, as are the public's rights. Denying the Parties' motion to file under seal would not materially promote the public's right to assure that Defendants paid Plaintiff fairly. *See Chris Crabtree, et al v. Volkert, Inc.* Case No 1:11-cv-00529-WS-B, Doc. 58 p.7

WHEREFORE, PREMISES CONSIDERED, Parties respectfully request that this Court grant them leave to file the Parties' Settlement Agreement under seal for the Court's review. Following the review, the Parties request the Court enter a stipulated judgment approving the settlement of claims in this case as fair and reasonable based on the Court's review of Parties' Settlement Agreement.

Submitted this the 17th day of July, 2018.

*Attorneys for Plaintiff*

s/ Teri Ryder Mastando
Teri Ryder Mastando (ASB-4507-E53T)
Eric J. Artrip (ASB-9673-I68E)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama 35801
Phone:	(256) 532-2222
Fax:	(256) 513-7489
teri@mastandoartrip.com
artrip@mastandoartrip.com

*Attorneys for Defendants*

s/ John A. Wilmer
John A. Wilmer (ASB-7110-R73J)
WILMER & LEE, P.A.
100 Washington Street, Suite 100
Huntsville, Alabama 35801
(256) 533-0202 Telephone
jwilmer@wilmerlee.com